**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Andrew<br>First name<br><br>T<br>Middle name<br><br>Korte<br>Last name and Suffix (Sr., Jr., II, III) | Maida<br>First name<br><br>L<br>Middle name<br><br>Korte<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5470 | xxx-xx-2160 |

Debtor 1   Andrew T Korte

Debtor 2   Maida L Korte

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

422 W South St
Woodstock, IL 60098
Number, Street, City, State & ZIP Code

McHenry
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | Andrew T Korte | |
|---|---|---|
| Debtor 2 | Maida L Korte | Case number *(if known)* |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | Andrew T Korte | | |
|---|---|---|---|
| Debtor 2 | Maida L Korte | | Case number *(if known)* |

---

**Part 5:**  **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Andrew T Korte | | |
|---|---|---|---|
| Debtor 2 | Maida L Korte | Case number *(if known)* | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Andrew T Korte | /s/ Maida L Korte |
|---|---|
| Andrew T Korte | Maida L Korte |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   August 11, 2017 | Executed on   August 11, 2017 |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ G. Alexander McTavish

Signature of Attorney for Debtor

Date   August 11, 2017

MM / DD / YYYY

G. Alexander McTavish

Printed name

Foote, Mielke, Chavez & O'Neil

Firm name

10 W State St, Ste 200
Geneva, IL 60134

Number, Street, City, State & ZIP Code

Contact phone   630-232-7450

Email address   amctavish@fmcolaw.com

1871013

Bar number & State

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 7: | Sign Below |
|---------|-----------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| Andrew T Korte | Maida L Korte |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   August  8, 2017 | Executed on   August  8, 2017 |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte

Case number (if known)    _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____        Date    August 8, 2017
Signature of Attorney for Debtor                            MM / DD / YYYY

G. Alexander McTavish
Printed name

Foote, Mielke, Chavez & O'Neil
Firm name

10 W State St, Ste 200
Geneva, IL 60134
Number, Street, City, State & ZIP Code

Contact phone   630-232-7450              Email address    amctavish@fmcolaw.com

1871013
Bar number & State

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Andrew T Korte | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maida L Korte | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

| | | |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $            435,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.......................................... | $             25,092.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................... | $            460,092.00 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

| | | |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            381,144.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $             32,472.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $            666,764.00 |
| | **Your total liabilities** | $          1,080,380.00 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $                661.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $              9,990.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.    **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor 1  Andrew T Korte

Debtor 2  Maida L Korte

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $  0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $  32,472.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $  0.00 |
| 9d. Student loans. (Copy line 6f.) | $  135,467.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $  0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$  0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $  167,939.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name / Middle Name / Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | |
|---|---|
| **1.1** | |

Personal residence
422 W South St
Street address, if available, or other description

Woodstock    IL    60098-0000
City    State    ZIP Code

McHenry
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $375,000.00 | $375,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Joint Tenancy By the Entireties

☐ Check if this is community property
(see instructions)

| Debtor 1 | Andrew T Korte | Case number *(if known)* |
|---|---|---|
| Debtor 2 | Maida L Korte | |

**If you own or have more than one, list here:**

1.2

Lots 169, 172 and 173 Casco Twp
_____
Street address, if available, or other description


South Haven          MI      49090-0000
_____
City                 State    ZIP Code




Allegan
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Vacant land

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $60,000.00 | $60,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.............................................=> | $435,000.00 |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1

| Make: | Buick |
|---|---|
| Model: | Enclave |
| Year: | 2012 |
| Approximate mileage: | 160,000 |
| Other information: | |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,300.00 | $6,300.00 |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.............................................=> | $6,300.00 |

**Part 3:    Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Andrew T Korte | | Case number *(if known)* | |
| Debtor 2 | Maida L Korte | | | |

**6.  Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Miscellaneous furniture and furnishings | $5,000.00 |

---

**7.  Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

■ No

☐ Yes.  Describe.....

**8.  Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

■ No

☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

■ No

☐ Yes.  Describe.....

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes.  Describe.....

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| Miscellaneous clothing | $2,000.00 |

---

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| Jewelry | $500.00 |

---

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

■ No

☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here** ..........................................................................

| $7,500.00 |

**Part 4:**  **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**
Current value of the
portion you own?

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Andrew T Korte | |
|---|---|---|
| Debtor 2 | Maida L Korte | Case number *(if known)* |

|  |
|---|
| Do not deduct secured claims or exemptions. |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ■ No
   ☐ Yes......................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ■ Yes.......................                    Institution name:

   |  |  |  |  |
   |---|---|---|---|
   | | | Checking account #XXXX3529 Golden Eagle Bank 975 Country Club Rd | |
   | 17.1. | Checking | Woodstock, IL 60098 | $498.00 |
   | | | Savings Account #XXXX3445 Golden Eagle Bank 975 Country Club Rd | |
   | 17.2. | Savings | Woodstock, IL 60098 | $430.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☐ No
   ■ Yes.................                    Institution or issuer name:

   |  |  |
   |---|---|
   | 65 shares common stock of MetLife, Inc $55.40 per share Aug 2, 2017 close Held by Computershare PO Box 30170 College Station, TX 77842-3170 Acct #XXXX5212 | $3,601.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ■ Yes.  Give specific information about them...................
   
   Name of entity:                                        % of ownership:

   |  |  |  |  |
   |---|---|---|---|
   | 100% of the common stock of Designs by Maida, Inc, an Illinois corporation Assets of the company consist of Checking Acct #XXXX0386 at Golden Eagle Bank, 975 Country Club Rd, Woodstock, IL 90098, 2014 Ford F150 Truck with 110,000 miles subject to lien in favor of Ford Motor Credit in the amount of $21,053 (see schedule D), office furniture and furnishings, several used computers, 1 printer, 1 copier, 5 used commercial sewing machines, a few bolts of fabric, all with a value of approximately $20000. | 100 | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
                    Issuer name:

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Andrew T Korte | |
|---|---|---|
| Debtor 2 | Maida L Korte | Case number *(if known)* |

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| Pension | Pension Benefits - $661 per month<br>Chicago District of Carpenters<br>12 E Erie St<br>Chicago, IL 60611-27004 | $661.00 |
| IRA | IRA<br>Acct # XXXX2957 - Andrew Korte<br>Benjamin F Edwards & Co<br>One N Brentwood Blvd, Ste 850<br>St Louis, MO 63105 | $2,387.00 |
| IRA | IRA<br>Acct #XXXX2965 - Maida Korte<br>One N Brentwood Blvd, Ste 850<br>St Louis, MO 63105 | $715.00 |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. .................... Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes............ Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | Andrew T Korte | |
|---|---|---|
| Debtor 2 | Maida L Korte | Case number *(if known)* |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| John Hancock Variable Life Insurance Co<br>Term life insurance policy #XXXX2615<br>Face value - $500,000<br>John Hancock Place<br>Boston, MA 02117 | Andrew Korte | $0.00 |
| Chicago District Council<br>Term life insurance policy - $50,000 face value | Maida Korte | $0.00 |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................................

$8,292.00

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.
☐ Yes. Go to line 38.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte                                                    Case number *(if known)* _____

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

 ■ No. Go to Part 7.

 ☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

 *Examples:* Season tickets, country club membership

 ☐ No

 ■ Yes. Give specific information.........

| Tools of the trade | $3,000.00 |
|---|---|

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  | $3,000.00 |

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2** ...................................................................................................  | $435,000.00 |

56.  **Part 2: Total vehicles, line 5** | $6,300.00 |
57.  **Part 3: Total personal and household items, line 15** | $7,500.00 |
58.  **Part 4: Total financial assets, line 36** | $8,292.00 |
59.  **Part 5: Total business-related property, line 45** | $0.00 |
60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
61.  **Part 7: Total other property not listed, line 54**    +  | $3,000.00 |

62.  **Total personal property.** Add lines 56 through 61... | $25,092.00 |    Copy personal property total    | $25,092.00 |

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    | $460,092.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name   Middle Name   Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Personal residence 422 W South St Woodstock, IL 60098  McHenry County  Line from *Schedule A/B*: 1.1 | $375,000.00 | ■ $30,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 |
| 2012 Buick Enclave 160,000 miles  Line from *Schedule A/B*: 3.1 | $6,300.00 | ■ $4,800.00  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) |
| Miscellaneous furniture and furnishings  Line from *Schedule A/B*: 6.1 | $5,000.00 | ■ $2,971.00  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Miscellaneous clothing  Line from *Schedule A/B*: 11.1 | $2,000.00 | ☐ _____  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| Jewelry  Line from *Schedule A/B*: 12.1 | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Checking: Checking account #XXXX3529<br>Golden Eagle Bank<br>975 Country Club Rd<br>Woodstock, IL 60098<br>Line from *Schedule A/B*: 17.1 | $498.00 | ■ | $498.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Savings: Savings Account #XXXX3445<br>Golden Eagle Bank<br>975 Country Club Rd<br>Woodstock, IL 60098<br>Line from *Schedule A/B*: 17.2 | $430.00 | ■ | $430.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 65 shares common stock of MetLife, Inc<br>$55.40 per share Aug 2, 2017 close<br>Held by Computershare<br>PO Box 30170<br>College Station, TX 77842-3170<br>Acct #XXXX5212<br>Line from *Schedule A/B*: 18.1 | $3,601.00 | ■ | $3,601.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Pension: Pension Benefits - $661 per month<br>Chicago District of Carpenters<br>12 E Erie St<br>Chicago, IL 60611-27004<br>Line from *Schedule A/B*: 21.1 | $661.00 | ■ | 100% | 735 ILCS 5/12-1006 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Pension: Pension Benefits - $661 per month<br>Chicago District of Carpenters<br>12 E Erie St<br>Chicago, IL 60611-27004<br>Line from *Schedule A/B*: 21.1 | $661.00 | ■ | 100% | 735 ILCS 5/12-704 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: IRA<br>Acct # XXXX2957 - Andrew Korte<br>Benjamin F Edwards & Co<br>One N Brentwood Blvd, Ste 850<br>St Louis, MO 63105<br>Line from *Schedule A/B*: 21.2 | $2,387.00 | ■ | 100% | 735 ILCS 5/12-1006 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: IRA<br>Acct # XXXX2957 - Andrew Korte<br>Benjamin F Edwards & Co<br>One N Brentwood Blvd, Ste 850<br>St Louis, MO 63105<br>Line from *Schedule A/B*: 21.2 | $2,387.00 | ■ | 100% | 735 ILCS 5/12-704 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: IRA<br>Acct #XXXX2965 - Maida Korte<br>One N Brentwood Blvd, Ste 850<br>St Louis, MO 63105<br>Line from *Schedule A/B*: 21.3 | $715.00 | ■ | 100% | 735 ILCS 5/12-1006 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

_____
Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| IRA: IRA<br>Acct #XXXX2965 - Maida Korte<br>One N Brentwood Blvd, Ste 850<br>St Louis, MO 63105<br>Line from *Schedule A/B*: 21.3 | $715.00 | ■ _____100%_____<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-704 |
| John Hancock Variable Life Insurance Co<br>Term life insurance policy #XXXX2615<br>Face value - $500,000<br>John Hancock Place<br>Boston, MA 02117<br>Beneficiary: Andrew Korte<br>Line from *Schedule A/B*: 31.1 | $0.00 | ■ _____100%_____<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| Chicago District Council<br>Term life insurance policy - $50,000 face value<br>Beneficiary: Maida Korte<br>Line from *Schedule A/B*: 31.2 | $0.00 | ■ _____100%_____<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| Tools of the trade<br>Line from *Schedule A/B*: 53.1 | $3,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(d) |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Bank of America Mortgage<br>Creditor's Name | Describe the property that secures the claim:<br>Personal residence 422 W South St Woodstock, IL 60098  McHenry County | $44,193.00 | $375,000.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 31690
Tampa, FL 33631-3690
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  First Mortgage

Date debt was incurred   2004        Last 4 digits of account number   8905

| | | | | |
|---|---|---|---|---|
| **2.2** BMO Harris Bank<br>Creditor's Name | Describe the property that secures the claim:<br>Personal residence 422 W South St Woodstock, IL 60098  McHenry County | $95,537.00 | $375,000.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Loan Servicing
PO Box 3114
Milwaukee, WI 53201
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Third Mortgage

Date debt was incurred   _____        Last 4 digits of account number   _____

Debtor 1   Andrew T Korte      Case number (if know)  _____

     First Name      Middle Name      Last Name

Debtor 2   Maida L Korte

     First Name      Middle Name      Last Name

---

| 2.3 | Ford Motor Credit | Describe the property that secures the claim: | $21,053.00 | $7,500.00 | $13,553.00 |

Creditor's Name

Describe the property that secures the claim:

2014 Ford F150 110000 miles

PO Box 790093
St. Louis, MO

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Security Interest

Date debt was incurred   2014     Last 4 digits of account number   8700

---

| 2.4 | Local Initiatives Support Corp | Describe the property that secures the claim: | $202,557.00 | $375,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

Personal residence 422 W South St
Woodstock, IL 60098  McHenry
County
John Hancock Variable Life Insurance
Co
Term life insurance policy #XXXX2615
Face value - $500,000

SBA Loan
10 S Riverside Pl, Ste
1700
Chicago, IL 60606

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Second Mortgage

Date debt was incurred      Last 4 digits of account number     

---

| 2.5 | One Main Financial | Describe the property that secures the claim: | $17,804.00 | $6,300.00 | $11,504.00 |

Creditor's Name

Describe the property that secures the claim:

2012 Buick Enclave 160,000 miles

4005 W Kane Ave, Ste M
McHenry, IL 60050

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Andrew T Korte | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maida L Korte | | |
| | First Name | Middle Name | Last Name |

Case number (if know) _____

☐ **Check if this claim relates to a community debt**          ■ Other (including a right to offset)    Security Interest _____

Date debt was incurred _____          **Last 4 digits of account number** _____

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $381,144.00 |
| **If this is the last page of your form, add the dollar value totals from all pages.** Write that number here: | $381,144.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
Loan Servicing Dept
c/o SBA Complete, Inc
550 Continental Blvd, Ste 120
El Segundo, CA 90245

On which line in Part 1 did you enter the creditor?  2.4

Last 4 digits of account number ___

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | Illinois Dept of Revenue | Last 4 digits of account number _____ | $2,931.00 | $2,931.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | Bankruptcy Section | When was the debt incurred?    2016 | | | |
| | PO Box 64338 | | | | |
| | Chicago, IL 60664-0338 | | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                    Income taxes

Debtor 1  Andrew T Korte
Debtor 2  Maida L Korte

Case number *(if know)* _____

| 2.2 | Internal Revenue Service | Last 4 digits of account number ____ ____ ____ ____ | $20,541.00 | $20,541.00 | $0.00 |

Priority Creditor's Name
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred?  2016

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                              Income taxes

---

| 2.3 | Internal Revenue Service | Last 4 digits of account number ____ ____ ____ ____ | $9,000.00 | $9,000.00 | $0.00 |

Priority Creditor's Name
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred?  2017

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
1st and 2nd Qtr 2017 941 taxes owed by Designs by
Maida, Inc. Listed for notice purposes only

---

**Part 2:**  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte

Case number (if know) _____

| 4.1 | 5050 Newport, LLC | Last 4 digits of account number _____ | $5,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Bold Real Estate Group Inc
4520 N Walcott Ave
Chicago, IL 60640

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Personal guaranty of business lease of Designs by Maida, Inc

---

| 4.2 | Ace Precision Cleaning & Janitorial | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.3 | Advanced Disposal | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 74008053
Chicago, IL 60674-8053

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.4 | Alexander Lumber Co | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
PO Box 2307
Crystal Lake, IL 60039-2307
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.5 | All Mirror and Glass/ GDK  Builders | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1547 Bourbon Pkwy
Streamwood, IL 60107
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.6 | American Express | Last 4 digits of account number | 2005 | $8,206.00 |

Nonpriority Creditor's Name
Box 0001
Los Angeles, CA 90096-8000
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business expenses

---

Debtor 1　Andrew T Korte
Debtor 2　Maida L Korte

Case number (if know) _____

---

| 4.7 | Amici Terrazzo | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
Flooring Specialists
1522 Jarvis Ave
Elk Grove Village, IL 60007
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**　Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.8 | Amish Made Cabinetry | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2364 Essington Rd, Ste 343
Joliet, IL 60435
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**　Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.9 | Aqua-Clean, Inc | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
PO Box 5052
Glendale Heights, IL 60139
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**　Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1  Andrew T Korte
Debtor 2  Maida L Korte

Case number (if know) _____

| | | |
|---|---|---|
| **4.10** | Arlington Exteriors , Inc | |

Nonpriority Creditor's Name
2407 N Lafayette St
Arlington Heights, IL 60004
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**  Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| | | |
|---|---|---|
| **4.11** | Bank of America | |

Nonpriority Creditor's Name
PO Box 851001
Dallas, TX 75285-1001
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  7004     $2,338.00

**When was the debt incurred?**  Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

| | | |
|---|---|---|
| **4.12** | Bank of America | |

Nonpriority Creditor's Name
PO Box 851001
Dallas, TX 75285-1001
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  5206     $461.00

**When was the debt incurred?**  Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1   Andrew T Korte

Debtor 2   Maida L Korte

Case number *(if know)* _____

| 4.1 3 | Bank of America | Last 4 digits of account number | 8623 | | $7,810.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 15796
Wilmington, DE 19886-5796

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business expenses

---

| 4.1 4 | Bank of America | Last 4 digits of account number | 5690 | | $15,941.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 15796
Wilmington, DE 19886-5796

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business expenses

---

| 4.1 5 | Bank of America - LOC | Last 4 digits of account number | 0356 | | $57,092.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 15796
Wilmington, DE 19886-5796

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business expenses

Debtor 1　Andrew T Korte

Debtor 2　Maida L Korte

Case number (if know) _____

---

| 4.1 6 | **Barrington Custom Kitchens** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name

28144 W Industrial Ave, Ste 118

Barrington, IL 60010

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**　Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 7 | **Bassett Mirror Company** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name

PO Box 60756

Charlotte, NC 28260

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**　Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 8 | **Benson Electrical Contracting** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name

371 Prairie St, Ste G

Crystal Lake, IL 60014

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**　Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if know) _____

---

**4.19**

**Blaze MasterCard**
Nonpriority Creditor's Name
PO Box 2534
Omaha, NE 68103-2534
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    1232    $75.00

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business expenses

---

**4.20**

**Bloomingdale's**
Nonpriority Creditor's Name
PO Box 78008
Phoenix, AZ 85062-8008
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    3529    $2,819.00

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business expenses

---

**4.21**

**C Sanchez Upholstery**
Nonpriority Creditor's Name
3441 W Grand Ave
Chicago, IL 60651
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.2 2 | Capital One Visa | Last 4 digits of account number | 5873 | $1,817.00 |

Nonpriority Creditor's Name
PO Box 6492
Carol Stream, IL 60197-6492
Number Street City State Zip Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

| 4.2 3 | Care Credit | Last 4 digits of account number | 6580 | $1,486.00 |

Nonpriority Creditor's Name
Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061
Number Street City State Zip Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

| 4.2 4 | Care Credit | Last 4 digits of account number | 5861 | $1,682.00 |

Nonpriority Creditor's Name
Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061
Number Street City State Zip Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

Debtor 1  Andrew T Korte
Debtor 2  Maida L Korte

Case number (if know) _____

---

| 4.2 5 | | | |
|---|---|---|---|

**Centegra Health System**

Nonpriority Creditor's Name

PO Box 6204
Carol Stream, IL 60197

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 3480          $1,385.00

**When was the debt incurred?** Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical expenses

---

| 4.2 6 | | | |
|---|---|---|---|

**Centegra Health System**

Nonpriority Creditor's Name

PO Box 6204
Carol Stream, IL 60197

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 0001          $2,899.00

**When was the debt incurred?** Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical expenses

---

| 4.2 7 | | | |
|---|---|---|---|

**CenterPoint Construction**

Nonpriority Creditor's Name

DBA Wichman, Scott
5109 Bailey Rd
Delavan, WI 53115

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?** Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.2 8 | Century Tile | Last 4 digits of account number _____ | | Unknown |

**Nonpriority Creditor's Name**
747 E Roosevelt Rd
Lombard, IL 60148-4791
Number Street City State Zip Code

When was the debt incurred?    Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.2 9 | Chase Cardmember Service | Last 4 digits of account number  5555 | | $4,482.00 |

**Nonpriority Creditor's Name**
PO Box 1423
Charlotte, NC 28201-1423
Number Street City State Zip Code

When was the debt incurred?    Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

| 4.3 0 | Cheryl Arundel | Last 4 digits of account number _____ | | Unknown |

**Nonpriority Creditor's Name**
665 Maple St
Lake Geneva, WI 53147
Number Street City State Zip Code

When was the debt incurred?    Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number *(if know)* _____

| 4.3 1 | **Chicago Cabinet & Fixture Co** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
316 Meyer Rd
Bensenville, IL 60106
Number Street City State Zip Code

**When was the debt incurred?**    Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.3 2 | **Citi Diamond Pref** | **Last 4 digits of account number** 3362 | $7,262.00 |

Nonpriority Creditor's Name
Citi Cards
PO Box 6045
Phoenix, AZ 85062-8045
Number Street City State Zip Code

**When was the debt incurred?**    Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business expenses

---

| 4.3 3 | **Closet Works, Inc** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
953 N Larch Ave
Elmhurst, IL 60126
Number Street City State Zip Code

**When was the debt incurred?**    Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.3 4 | Comcast | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 3001
Southeastern, PA 19398-3001
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.3 5 | Comenity - Frontgate | Last 4 digits of account number | 6288 | $1,616.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 659707
San Antonio, TX 78265-9707
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

| 4.3 6 | Comenity - Overstock | Last 4 digits of account number | 8684 | $9,141.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 659707
San Antonio, TX 78265-9707
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1  Andrew T Korte
Debtor 2  Maida L Korte

Case number (if know) _____

---

| 4.3 7 | **Commonwealth Edison Co** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
PO Box 6111
Carol Stream, IL 60197-6111
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.3 8 | **Copy Express, Inc** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
301 E Calhoun St
Woodstock, IL 60098
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.3 9 | **Corrigan Logistics** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
23923 Research Dr
Farmington, MI 48335
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number *(if know)*

---

**4.40**

**Countryside Plumbing**
Nonpriority Creditor's Name
4465 Country Trunk P
Delavan, WI 53115
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.41**

**Crate & Barrel**
Nonpriority Creditor's Name
Comenity - Crate & Barrel
PO Box 659705
San Antonio, TX 78265-9705
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 3874          $4,105.00

**When was the debt incurred?**   Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business expenses

---

**4.42**

**Credit One Bank**
Nonpriority Creditor's Name
PO Box 60500
City of Industry, CA 91716-0500
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 1276          $377.00

**When was the debt incurred?**   Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business expenses

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.4 3 | Credit One Bank | Last 4 digits of account number | 1433 | $503.00 |

Nonpriority Creditor's Name
PO Box 60500
City of Industry, CA 91716-0500
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   Business expenses

---

| 4.4 4 | Custom Marble & Granite | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
27992 W Route 120, Unit 71
McHenry, IL 60051
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.4 5 | Custom Roofing Contracting, Ltd | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
180 Detroit St., Suite A
Cary, IL 60013
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  Andrew T Korte
Debtor 2  Maida L Korte

Case number (if know) _____

---

**4.46**

Dan Brongiel
_____
Nonpriority Creditor's Name
328 Stearns Rd
Fontana, WI 53125
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.47**

Dennis Demoss
_____
Nonpriority Creditor's Name
897 Hampstead Ct
Barrington, IL 60010
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.48**

Design Workshop
_____
Nonpriority Creditor's Name
PO Box 451
Warsaw, NC 28398
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if know) _____

---

**4.49**

**DFI Floor Works Inc**
Nonpriority Creditor's Name
15315 St Patrick Rd
Woodstock, IL 60098
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.50**

**Discover**
Nonpriority Creditor's Name
PO Box 6103
Carol Stream, IL 60197-6103
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    4660    $19,555.00

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business expenses

---

**4.51**

**Eagle Carpet Services**
Nonpriority Creditor's Name
135 S Fairbank St
Addison, IL 60101
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.5 2 | Eckhoff and DeVries | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Painting and Wallcovering, Inc
1407 Chicago Dr, SW
Wyoming, MI 49509
Number Street City State Zip Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

| 4.5 3 | Ed and Michal Sejzer | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
5841
Goldeneye Ct
Long Grove, IL 60047
Number Street City State Zip Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

| 4.5 4 | Ed Siwek | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
918 Addleman St
Joliet, IL 60431
Number Street City State Zip Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.5 5 | **Eloquence** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
3601 Holdrege Ave
Los Angeles, CA 90016
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.5 6 | **Expedia Citi Card** | **Last 4 digits of account number** 5317 | $10,388.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

| 4.5 7 | **Falcon Green Resources** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 638
Harvard, IL 60033
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

| 4.58 | Federal Loan Servicing | Last 4 digits of account number | 7840 | $101,714.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 69184
Harrisburg, PA 17106-9184
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

Student loan

---

| 4.59 | First Savings Credit Card | Last 4 digits of account number | 2326 | $75.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 2509
Omaha, NE 68103-2509
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** Various

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Business expenses

---

| 4.60 | Fixa Corp | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
2030 Saint Regis Dr, Unit 623
Lombard, IL 60148
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** Various

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.6 1 | Fortiva CC | Last 4 digits of account number | 2891 | $999.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Payment Processing
PO Box 790156
Saint Louis, MO 63179-0156
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

| 4.6 2 | Four Seasons Flooring Inc | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
438 S Wright St
Delavan, WI 53115
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.6 3 | Fox Valley Stair | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
17 W Route 120
McHenry, IL 60051-8782
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if know) _____

---

**4.6
4**    Furniture Classics Limited

Nonpriority Creditor's Name
201S Tryon St, Suite 300
Charlotte, NC 28202
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.6
5**    GrassRoots Imports

Nonpriority Creditor's Name
9311 Broadway, Suite 300
San Antonio, TX 78217
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.6
6**    Hard Rock Sawing & Drilling

Nonpriority Creditor's Name
PO Box 718
Keshena, WI 54135
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

| 4.6 7 | Harvest Bible Chapel | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1000 N Randall Rd
Elgin, IL 60123
Number Street City State Zlp Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| 4.6 8 | Hearthside | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1401 N Elkhorn Rd
Lake Geneva, WI 53147
Number Street City State Zlp Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.6 9 | Home Depot | Last 4 digits of account number  7547 | $22,352.00 |

Nonpriority Creditor's Name
Home Depot Credit Services
PO Box 790345
Saint Louis, MO 63179-0345
Number Street City State Zlp Code

**When was the debt incurred?** Various

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business expenses

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

| 4.7 0 | Interactive Twist/Leader Graphics | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
5050 Newport Dr, Suite 5
Rolling Meadows, IL 60008
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.7 1 | IPFS Corporation | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
24722 Network Place
Chicago, IL 60673-1247
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.7 2 | J & L Metal Doors | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
8305 W 183rd Pl
Tinley Park, IL 60487
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

**4.7 3**

**James and Kathy Haft**
Nonpriority Creditor's Name
850 Heather Ln
Winnetka, IL 60093
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.7 4**

**Jensen's Plumbing & Heating**
Nonpriority Creditor's Name
670 E Calhoun St
Woodstock, IL 60098
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.7 5**

**Jerry and Barbara Golden**
Nonpriority Creditor's Name
1141
Savannah Ct
Lake Geneva, WI 53147
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.76 | JMR Restoration, Inc | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
6S250 Cape Road
Naperville, IL 60540
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.77 | Joe and Traci Hartman | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2155 W Sunnyside Ave
Chicago, IL 60625
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.78 | Jonathan Charles Fine Furniture | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
PO Box 672
Rocky Mount, NC 27802-0672
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.79 | Jr's Express Deliveries, Inc | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
17193 W Cunningham Ct
Libertyville, IL 60048
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.80 | Knight Capital Funding | Last 4 digits of account number _____ | $14,029.00 |
|---|---|---|---|

Nonpriority Creditor's Name
9 East Loockerman St, Ste 3A-543
Dover, DE 19901
Number Street City State Zip Code

**When was the debt incurred?**   February 2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Sale of receivables

---

| 4.81 | Lakes Area Garage | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 406
Elkhorn, WI 53121
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.8 2 | Laudick Construction | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
8914 Evergreen Dr
Wonder Lake, IL 60097

**When was the debt incurred?**   Various

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.8 3 | LoanMe, Inc | Last 4 digits of account number   4309 | $66,945.00 |
|---|---|---|---|

Nonpriority Creditor's Name
1900 S State College Blvd, Ste 300
Anaheim, CA 92806

**When was the debt incurred?**   March 2017

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business loan

---

| 4.8 4 | Lomeli Stones | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
18541 W Judy Dr
Gurnee, IL 60031

**When was the debt incurred?**   Various

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

| 4.8 5 | | |
|---|---|---|

**Matrix Electric Company**

**Last 4 digits of account number** _____   Unknown

Nonpriority Creditor's Name

2411 N Riverside Dr
McHenry, IL 60051

**When was the debt incurred?** Various

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.8 6 | | |
|---|---|---|

**Menard's**

**Last 4 digits of account number** 2907   $19,358.00

Nonpriority Creditor's Name

Capital One Commercial
PO Box 5219
Carol Stream, IL 60197-5219

**When was the debt incurred?** Various

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business expenses

---

| 4.8 7 | | |
|---|---|---|

**Meyer Construction**

**Last 4 digits of account number** _____   Unknown

Nonpriority Creditor's Name

333 Washington St
Mundelein, IL 60060

**When was the debt incurred?** Various

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if know) _____

---

| 4.8 8 | | | |
|---|---|---|---|

**Michelle Werkema**

Nonpriority Creditor's Name

77 Maple St
Crystal Lake, IL 60014
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.8 9 | | | |
|---|---|---|---|

**Mike and Alisha Lankford**

Nonpriority Creditor's Name

43 N Empress Dr
Hawthorne Woods, IL 60047
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.9 0 | | | |
|---|---|---|---|

**Mike and Lauren Fisher**

Nonpriority Creditor's Name

2719 Paulsen Rd
Harvard, IL 60033
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if know) _____

| 4.9 1 | ML Factors Limited Liability Co | Last 4 digits of account number _____ | $6,851.00 |
|---|---|---|---|

Nonpriority Creditor's Name
456A Central Ave, #129
Cedarhurst, NY 11516
Number Street City State Zip Code

**When was the debt incurred?**    April 2017

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Sale of receivables

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.9 2 | Mohela | Last 4 digits of account number    2963 | $3,435.00 |
|---|---|---|---|

Nonpriority Creditor's Name
633 Spirit Dr
Chesterfield, MO 63005-1243
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**

■ No
☐ Yes    Student loan

---

| 4.9 3 | National Contract Industries Ltd | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
510 E 86th St, Suite 16B
New York, NY 10028
Number Street City State Zip Code

**When was the debt incurred?**    Various

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

**Is the claim subject to offset?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Andrew T Korte
Debtor 2  Maida L Korte

Case number (if know) _____

---

| 4.9 4 | Navient | Last 4 digits of account number | 8527 | $22,522.00 |

Nonpriority Creditor's Name
PO Box 9533
Wilkes Barre, PA 18773-9533
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Student loan

---

| 4.9 5 | Navient | Last 4 digits of account number | 4960 | $4,087.00 |

Nonpriority Creditor's Name
PO Box 9533
Wilkes Barre, PA 18773-9533
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Student loan

---

| 4.9 6 | Navient | Last 4 digits of account number | 5110 | $3,709.00 |

Nonpriority Creditor's Name
PO Box 9533
Wilkes Barre, PA 18773-9533
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Student loan

---

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if know) _____

---

| 4.9 7 | | |
|---|---|---|

**Nicole Wing**                                   Last 4 digits of account number _____          Unknown
Nonpriority Creditor's Name
425 S LGrange Rd                                 **When was the debt incurred?**    Various
La Grange, IL 60525
Number Street City State ZIp Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify   Business debt of Designs by Maida, Inc - listed
☐ Yes                                                              for notice purposes only

---

| 4.9 8 | | |
|---|---|---|

**Nordstrom**                                   Last 4 digits of account number   7294          $5,252.00
Nonpriority Creditor's Name
PO Box 13589                                    **When was the debt incurred?**    Various
Scottsdale, AZ 85267
Number Street City State ZIp Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify   Business expenses
☐ Yes

---

| 4.9 9 | | |
|---|---|---|

**Northstar Environmental Testng, LLC**         Last 4 digits of account number _____          Unknown
Nonpriority Creditor's Name
817 Oak Ridge Rd                                **When was the debt incurred?**    Various
Mosinee, WI 54455
Number Street City State ZIp Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify   Business debt of Designs by Maida, Inc - listed
☐ Yes                                                              for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

**4.1 00**

**Northwest Lamination**

Nonpriority Creditor's Name

1309 Borden St, Unit B
McHenry, IL 60050
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.1 01**

**Office Depot Business Credit**

Nonpriority Creditor's Name

Department 56 - 8209393396
PO Box 78004
Phoenix, AZ 85062-8004
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3396      $4,367.00

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

**4.1 02**

**On Deck Capital, Inc**

Nonpriority Creditor's Name

1400 Broadway
New York, NY 10018
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   1232      $104,186.00

**When was the debt incurred?**   November 2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business loan

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

**4.1
03**

**Paper Craft Interiors**
Nonpriority Creditor's Name
3630 Lakeview Dr
Algonquin, IL 60102
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.1
04**

**Pats Services, Inc**
Nonpriority Creditor's Name
38331 60th St
Burlington, WI 53105
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**4.1
05**

**Paypal Credit**
Nonpriority Creditor's Name
PO Box 105658
Atlanta, GA 30348-5658
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   7307     $4,322.00

**When was the debt incurred?**   Various

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  Andrew T Korte
Debtor 2  Maida L Korte

Case number (if know) _____

| 4.1 06 | Pearl Beta Funding, LLC | Last 4 digits of account number | _____ | $5,498.00 |

**Nonpriority Creditor's Name**
100 William St, 9th Fl
New York, NY 10038
Number Street City State Zip Code

**When was the debt incurred?**  February 2017

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Sale of receivables

---

| 4.1 07 | Pottery Barn | Last 4 digits of account number | 8162 | $13,523.00 |

**Nonpriority Creditor's Name**
Comenity - Pottery Barn
PO Box 659705
San Antonio, TX 78265-9705
Number Street City State Zip Code

**When was the debt incurred?**  Various

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business expenses

---

| 4.1 08 | PR2 Blue Print | Last 4 digits of account number | _____ | Unknown |

**Nonpriority Creditor's Name**
5100 Newport Dr, Ste 3
Rolling Meadows, IL 60008
Number Street City State Zip Code

**When was the debt incurred?**  Various

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte

Case number *(if know)*

---

| 4.1 09 | Premier Woodworking Concepts, Ltd | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**

1016 Rail Dr

Woodstock, IL 60098

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 10 | Prime Time Window | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**

515 E Gulf Rd, Ste 209

Arlington Heights, IL 60005

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 11 | Prosperum Capital, LLC | Last 4 digits of account number | | $14,479.00 |

**Nonpriority Creditor's Name**

57 W 38th St, Ste 604

New York, NY 10018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    April 2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Sale of receivables

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

| 4.1 12 | **R-n-R Interiors Ltd** | **Last 4 digits of account number** _____ _____ | Unknown |

Nonpriority Creditor's Name
PO Box 39
Ringwood, IL 60072
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 13 | **Radium2 Capital, Inc** | **Last 4 digits of account number** _____ _____ | $50,750.00 |

Nonpriority Creditor's Name
36 Garfield Ave
Bay Shore, NY 11706
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** March 2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Sale of receivables

---

| 4.1 14 | **ReadyRefresh/Ice Mountain** | **Last 4 digits of account number** _____ _____ | Unknown |

Nonpriority Creditor's Name
PO Box 856060
Louisville, KY 40285-6680
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

| 4.1 15 | Region Capital | **Last 4 digits of account number** _____ | $11,990.00 |

Nonpriority Creditor's Name
1022 Avenue M
Brooklyn, NY 11230

**When was the debt incurred?**    May 2017

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Sale of receivables

---

| 4.1 16 | Robert Schwake Stone Co Inc | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
Attn: Myra Swick
1440 Townline Rd
Mundelein, IL 60060

**When was the debt incurred?**    Various

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 17 | Rowley Co | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
PO Box 6010
Gastonia, NC 28056

**When was the debt incurred?**    Various

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know)

---

| 4.1 18 | S & O Consulting Group Inc | | |
|---|---|---|---|

**Nonpriority Creditor's Name**
425 Huehl Rd, Ste 12A
Northbrook, IL 60062
Number Street City State Zip Code

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 19 | Shell | | $4,137.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**
PO Box 9001011
Louisville, KY 40290-1011
Number Street City State Zip Code

**Last 4 digits of account number** 1121

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business expenses

---

| 4.1 20 | Single Phase Electric Inc | | Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**
2231 S 152nd Ave
Hesperia, MI 49421
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

| 4.1 21 | | | |
|---|---|---|---|

**Stan's Office Technologies**
Nonpriority Creditor's Name

1375 S Eastwood Dr
Woodstock, IL 60098
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**     Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 22 | | | |
|---|---|---|---|

**Steve Jones Construction**
Nonpriority Creditor's Name

1215 Maple Big Rapids
Big Rapids, MI 49307
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**     Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 23 | | | |
|---|---|---|---|

**Superior Paving**
Nonpriority Creditor's Name

PO Box 98
Fox Lake, IL 60020
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**     Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

| 4.1 24 | th Rogers/A Dreiske | | |

**Nonpriority Creditor's Name**
3203 Lakeside Ct
McHenry, IL 60050
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 25 | The Geneva Lake Plumbing Inc | | |

**Nonpriority Creditor's Name**
710 Bennett Dr
Walworth, WI 53184
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 26 | The UPS Store | | |

**Nonpriority Creditor's Name**
720 S Eastwood Dr
Woodstock, IL 60098
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 27** | Tradesman International | |

Nonpriority Creditor's Name

PO Box 932858
Cleveland, OH 44193

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| | | |
|---|---|---|
| **4.1 28** | U S Messenger | |

Nonpriority Creditor's Name

7790 Quincy St
Willowbrook, IL 60527

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| | | |
|---|---|---|
| **4.1 29** | ULINE | |

Nonpriority Creditor's Name

Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte

Case number (if know) _____

---

| 4.1 30 | Urban Craft Custom Upholstery | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**

412 N Oakley
Chicago, IL 60612

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 31 | USA Rent-A-Fence | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**

3049 Kelly Ct
Aurora, IL 60504

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1 32 | Vassh Excavating & Grading | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**

5844 County Road V
Caledonia, WI 53108

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number (if know) _____

---

| 4.1<br>33 | Verizon Wireless | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
PO Box 25505
Lehigh Valley, PA 18002-5505
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1<br>34 | Windstream | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
PO Box 9001013
Louisville, KY 40290-1013
Number Street City State Zip Code

**When was the debt incurred?**   Various

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt of Designs by Maida, Inc - listed for notice purposes only

---

| 4.1<br>35 | Yellowstone Capital, LLC | Last 4 digits of account number _____ | $15,744.00 |

Nonpriority Creditor's Name
1 Evertrust Pl
Jersey City, NJ 07302
Number Street City State Zip Code

**When was the debt incurred?**   April 2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Sale of receivables

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number (if know) _____

| 4.1 36 | YNL Drywall Group Inc | Last 4 digits of account number _____ _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

1249 S Third Ave

Des Plaines, IL 60018

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Business debt of Designs by Maida, Inc - listed for notice purposes only

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address

Harris and Harris, Ltd

111 W Jackson Blvd, Ste 400

Chicago, IL 60604

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.26 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $            0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $        32,472.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $            0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $            0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $        32,472.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $       135,467.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $            0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $            0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $       531,297.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $       666,764.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Bold Real Estate Group Inc<br>4520 N Walcott Ave<br>Chicago, IL 60640 | Business lease of 5050 Newport Dr, #6, Rolling Meadows, IL 60008 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | **Column 1:** Your codebtor<br>Name, Number, Street, City, State and ZIP Code | **Column 2:** The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation has ceased operations | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>5050 Newport, LLC |
| 3.2 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>Ace Precision Cleaning & Janitorial |
| 3.3 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>Advanced Disposal |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor 1 | Andrew T Korte | Case number *(if known)* | |
|---|---|---|---|
| | Maida L Korte | | |

| **Additional Page to List More Codebtors** |
|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>Alexander Lumber Co |
| 3.5  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>All Mirror and Glass/ GDK  Builders |
| 3.6  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>American Express |
| 3.7  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>Amici Terrazzo |
| 3.8  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>Amish Made Cabinetry |
| 3.9  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>Aqua-Clean, Inc |
| 3.10  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>Arlington Exteriors , Inc |

Debtor 1    Andrew T Korte
___Maida L Korte_____          Case number *(if known)* _____

| | |
|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11   Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.3___<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.12   Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>Bank of America |
| 3.13   Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Bank of America |
| 3.14   Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Bank of America |
| 3.15   Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Bank of America - LOC |
| 3.16   Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>Barrington Custom Kitchens |
| 3.17   Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>Bassett Mirror Company |

| Debtor 1 | Andrew T Korte | Case number *(if known)* | |
| | Maida L Korte | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
| --- | --- |
| 3.18  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Bank of America |
| 3.19  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Benson Electrical Contracting |
| 3.20  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Blaze MasterCard |
| 3.21  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Bloomingdale's |
| 3.22  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>C Sanchez Upholstery |
| 3.23  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Capital One Visa |
| 3.24  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Care Credit |

| Debtor 1 | Andrew T Korte | Case number *(if known)* | |
|---|---|---|---|
| | Maida L Korte | | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.25 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Care Credit |
| 3.26 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>CenterPoint Construction |
| 3.27 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>Century Tile |
| 3.28 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>Chase Cardmember Service |
| 3.29 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Cheryl Arundel |
| 3.30 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>Chicago Cabinet & Fixture Co |
| 3.31 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Citi Diamond Pref |

| Debtor 1 | Andrew T Korte | Case number *(if known)* | |
|---|---|---|---|
| | Maida L Korte | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

| 3.32 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>Closet Works, Inc |
|---|---|---|
| 3.33 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>Comcast |
| 3.34 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>Comenity - Frontgate |
| 3.35 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Comenity - Overstock |
| 3.36 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>Commonwealth Edison Co |
| 3.37 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Copy Express, Inc |
| 3.38 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008<br>Corporation is defunct | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>Corrigan Logistics |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | Andrew T Korte | Case number *(if known)* |
|---|---|---|
| | Maida L Korte | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.39   Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008
Corporation is defunct

☐ Schedule D, line _____
■ Schedule E/F, line ___4.40___
☐ Schedule G _____
Countryside Plumbing

3.40   Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008
Corporation is defunct

☐ Schedule D, line _____
■ Schedule E/F, line ___4.41___
☐ Schedule G _____
Crate & Barrel

3.41   Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008
Corporation is defunct

☐ Schedule D, line _____
■ Schedule E/F, line ___4.42___
☐ Schedule G _____
Credit One Bank

3.42   Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008
Corporation is defunct

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
Credit One Bank

3.43   Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008
Corporation is defunct

☐ Schedule D, line _____
■ Schedule E/F, line ___4.44___
☐ Schedule G _____
Custom Marble & Granite

3.44   Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008
Corporation is defunct

☐ Schedule D, line _____
■ Schedule E/F, line ___4.45___
☐ Schedule G _____
Custom Roofing Contracting, Ltd

3.45   Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
Dan Brongiel

| Debtor 1 | Andrew T Korte |
|---|---|
| | Maida L Korte |

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.46  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>Dennis Demoss |
| 3.47  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>Design Workshop |
| 3.48  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>DFI Floor Works Inc |
| 3.49  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>Discover |
| 3.50  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>Eagle Carpet Services |
| 3.51  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>Eckhoff and DeVries |
| 3.52  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>Ed and Michal Sejzer |

Debtor 1  Andrew T Korte
          Maida L Korte                                          Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.53  Designs by Maida, Inc
      5050 Newport Dr, #6
      Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
Ed Siwek

3.54  Designs by Maida, Inc
      5050 Newport Dr, #6
      Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.55___
☐ Schedule G _____
Eloquence

3.55  Designs by Maida, Inc
      5050 Newport Dr, #6
      Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.56___
☐ Schedule G _____
Expedia Citi Card

3.56  Designs by Maida, Inc
      5050 Newport Dr, #6
      Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.57___
☐ Schedule G _____
Falcon Green Resources

3.57  Designs by Maida, Inc
      5050 Newport Dr, #6
      Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.59___
☐ Schedule G _____
First Savings Credit Card

3.58  Designs by Maida, Inc
      5050 Newport Dr, #6
      Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.60___
☐ Schedule G _____
Fixa Corp

3.59  Designs by Maida, Inc
      5050 Newport Dr, #6
      Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.61___
☐ Schedule G _____
Fortiva CC

Debtor 1    Andrew T Korte
          Maida L Korte                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.60 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Four Seasons Flooring Inc |
| 3.61 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Fox Valley Stair |
| 3.62 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>Furniture Classics Limited |
| 3.63 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>GrassRoots Imports |
| 3.64 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>Hard Rock Sawing & Drilling |
| 3.65 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Hearthside |
| 3.66 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>Home Depot |

| Debtor 1 | Andrew T Korte |  | Case number *(if known)* |  |
|---|---|---|---|---|
|  | Maida L Korte |  |  |  |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.67 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>Interactive Twist/Leader Graphics |
| 3.68 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>IPFS Corporation |
| 3.69 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>J & L Metal Doors |
| 3.70 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>James and Kathy Haft |
| 3.71 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>Jensen's Plumbing & Heating |
| 3.72 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Jerry and Barbara Golden |
| 3.73 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>JMR Restoration, Inc |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1  Andrew T Korte
         Maida L Korte _____         Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.74  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>Joe and Traci Hartman |
| 3.75  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>Jonathan Charles Fine Furniture |
| 3.76  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>Jr's Express Deliveries, Inc |
| 3.77  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>Knight Capital Funding |
| 3.78  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>Lakes Area Garage |
| 3.79  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>Laudick Construction |
| 3.80  Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>LoanMe, Inc |

Debtor 1    Andrew T Korte
       Maida L Korte                                Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.81 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>Lomeli Stones |
| 3.82 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>Matrix Electric Company |
| 3.83 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>Menard's |
| 3.84 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.87___<br>☐ Schedule G _____<br>Meyer Construction |
| 3.85 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.88___<br>☐ Schedule G _____<br>Michelle Werkema |
| 3.86 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Mike and Alisha Lankford |
| 3.87 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>Mike and Lauren Fisher |

| Debtor 1 | Andrew T Korte | Case number *(if known)* | |
| | Maida L Korte | | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.88 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>ML Factors Limited Liability Co |
| 3.89 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>National Contract Industries Ltd |
| 3.90 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>Nicole Wing |
| 3.91 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>Nordstrom |
| 3.92 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>Northstar Environmental Testng, LLC |
| 3.93 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>Northwest Lamination |
| 3.94 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.101___<br>☐ Schedule G _____<br>Office Depot Business Credit |

Debtor 1   Andrew T Korte
           Maida L Korte                                     Case number *(if known)*

| | Additional Page to List More Codebtors |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.95 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>On Deck Capital, Inc |
| 3.96 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>Paper Craft Interiors |
| 3.97 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>Pats Services, Inc |
| 3.98 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>Paypal Credit |
| 3.99 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Pearl Beta Funding, LLC |
| 3.100 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.107___<br>☐ Schedule G _____<br>Pottery Barn |
| 3.101 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.108___<br>☐ Schedule G _____<br>PR2 Blue Print |

| Debtor 1 | Andrew T Korte | Case number *(if known)* | |
|---|---|---|---|
| | Maida L Korte | | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>2 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.109___<br>☐ Schedule G _____<br>Premier Woodworking Concepts, Ltd |
| 3.10<br>3 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.110___<br>☐ Schedule G _____<br>Prime Time Window |
| 3.10<br>4 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.111___<br>☐ Schedule G _____<br>Prosperum Capital, LLC |
| 3.10<br>5 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>R-n-R Interiors Ltd |
| 3.10<br>6 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.113___<br>☐ Schedule G _____<br>Radium2 Capital, Inc |
| 3.10<br>7 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.114___<br>☐ Schedule G _____<br>ReadyRefresh/Ice Mountain |
| 3.10<br>8 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.115___<br>☐ Schedule G _____<br>Region Capital |

Debtor 1  Andrew T Korte
Maida L Korte                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.10 9   Designs by Maida, Inc  5050 Newport Dr, #6  Rolling Meadows, IL 60008 | ☐ Schedule D, line _____  ■ Schedule E/F, line ___4.116___  ☐ Schedule G _____  Robert Schwake Stone Co Inc |
| 3.11 0   Designs by Maida, Inc  5050 Newport Dr, #6  Rolling Meadows, IL 60008 | ☐ Schedule D, line _____  ■ Schedule E/F, line ___4.117___  ☐ Schedule G _____  Rowley Co |
| 3.11 1   Designs by Maida, Inc  5050 Newport Dr, #6  Rolling Meadows, IL 60008 | ☐ Schedule D, line _____  ■ Schedule E/F, line ___4.118___  ☐ Schedule G _____  S & O Consulting Group Inc |
| 3.11 2   Designs by Maida, Inc  5050 Newport Dr, #6  Rolling Meadows, IL 60008 | ☐ Schedule D, line _____  ■ Schedule E/F, line ___4.119___  ☐ Schedule G _____  Shell |
| 3.11 3   Designs by Maida, Inc  5050 Newport Dr, #6  Rolling Meadows, IL 60008 | ☐ Schedule D, line _____  ■ Schedule E/F, line ___4.120___  ☐ Schedule G _____  Single Phase Electric Inc |
| 3.11 4   Designs by Maida, Inc  5050 Newport Dr, #6  Rolling Meadows, IL 60008 | ☐ Schedule D, line _____  ■ Schedule E/F, line ___4.121___  ☐ Schedule G _____  Stan's Office Technologies |
| 3.11 5   Designs by Maida, Inc  5050 Newport Dr, #6  Rolling Meadows, IL 60008 | ☐ Schedule D, line _____  ■ Schedule E/F, line ___4.122___  ☐ Schedule G _____  Steve Jones Construction |

| Debtor 1 | Andrew T Korte | Case number *(if known)* | |
| | Maida L Korte | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | | Check all schedules that apply: |

3.11
6
Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.123___
☐ Schedule G _____
Superior Paving

3.11
7
Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.124___
☐ Schedule G _____
th Rogers/A Dreiske

3.11
8
Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.125___
☐ Schedule G _____
The Geneva Lake Plumbing Inc

3.11
9
Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.126___
☐ Schedule G _____
The UPS Store

3.12
0
Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.127___
☐ Schedule G _____
Tradesman International

3.12
1
Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.128___
☐ Schedule G _____
U S Messenger

3.12
2
Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008

☐ Schedule D, line _____
■ Schedule E/F, line ___4.129___
☐ Schedule G _____
ULINE

| Debtor 1 | Andrew T Korte | Case number *(if known)* | |
|---|---|---|---|
| | Maida L Korte | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.12<br>3 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.130___<br>☐ Schedule G _____<br>Urban Craft Custom Upholstery |
|---|---|---|

| 3.12<br>4 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>USA Rent-A-Fence |
|---|---|---|

| 3.12<br>5 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>Vassh Excavating & Grading |
|---|---|---|

| 3.12<br>6 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>Verizon Wireless |
|---|---|---|

| 3.12<br>7 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.134___<br>☐ Schedule G _____<br>Windstream |
|---|---|---|

| 3.12<br>8 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>Yellowstone Capital, LLC |
|---|---|---|

| 3.12<br>9 | Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.136___<br>☐ Schedule G _____<br>YNL Drywall Group Inc |
|---|---|---|

| Debtor 1 | Andrew T Korte | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Maida L Korte | | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.13<br>0    Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.1___<br>Bold Real Estate Group Inc |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| Debtor 2 (Spouse, if filing) | Maida L Korte |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                   12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | Construction and Interior Design | Interior Designer |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| Debtor 2 | Maida L Korte |

Case number (if known) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. List all other income regularly received:

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 661.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 661.00 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 661.00 + $ 0.00 = | $ 661.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. | $ 661.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| Debtor 2 (Spouse, if filing) | Maida L Korte |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                           12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    　　■ No

    　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**　　■ No

    Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
    Debtor 2.                            each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**　　■ No　　☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.　　　　4. $ 3,500.00

    **If not included in line 4:**

    4a.   Real estate taxes　　　　　　　　　　　　　　　4a. $ 0.00
    4b.   Property, homeowner's, or renter's insurance　　　4b. $ 0.00
    4c.   Home maintenance, repair, and upkeep expenses　4c. $ 0.00
    4d.   Homeowner's association or condominium dues　　4d. $ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans　　5. $ 3,647.00

| Debtor 1 | Andrew T Korte |
|---|---|
| Debtor 2 | Maida L Korte |

Case number (if known) _____

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 170.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 300.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 25.00 |
| 10. | **Personal care products and services** | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 200.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 68.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 150.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 300.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: Student Loans | 17c. | $ | 180.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 9,990.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 9,990.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 661.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 9,990.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -9,329.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.    Explain here: _____

| Fill in this information to identify your case: |
|---|

Debtor 1    Andrew T Korte
　　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Debtor 2    Maida L Korte
(Spouse if, filing)    First Name　　　　　　Middle Name　　　　　　Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
　amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,
　　　　　　　　　　　　　　　　　　　　　　　　　Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____　　　　　　　　X _____
Andrew T Korte　　　　　　　　　　　　　　　Maida L Korte
Signature of Debtor 1　　　　　　　　　　　　Signature of Debtor 2

Date    August  8, 2017　　　　　　　　　　　Date    August  8, 2017

Official Form 106Dec　　　　　　Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $13,490.00 | ■ Wages, commissions, bonuses, tips | $23,550.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | Andrew T Korte | |
|----------|----------------|--|
| Debtor 2 | Maida L Korte | |
| | | Case number *(if known)* |

| | Debtor 1 | | Debtor 2 | |
|--|----------|--|----------|--|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips | $17,500.00 | ☐ Wages, commissions, bonuses, tips | $80,514.00 |
| | ■ Operating a business | | ■ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips | $8,334.00 | ☐ Wages, commissions, bonuses, tips | $7,802.00 |
| | ☐ Operating a business | | ■ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|--|----------|--|----------|--|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Pension benefits | $4,627.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | IRA Distributions | $20,304.00 | IRA Distributions | $9,696.00 |
| | Tax Refund | $312.00 | | |
| | Pension Benefits | $16,258.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | IRA Distributions | $24,950.00 | IRA Distributions | $10,000.00 |
| | Tax refund | $2,310.00 | | |
| | Pension Benefits | $15,954.00 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.   Go to line 7.

■ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | Andrew T Korte | | |
|----------|----------------|---|---|
| Debtor 2 | Maida L Korte | Case number *(if known)* | |

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| On Deck Capital, Inc<br>1400 Broadway<br>New York, NY 10018 | 1/3/2017 through 5/25/2017 | $78,954.00 | $104,186.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| ML Factors Limited Liability Co<br>456A Central Ave, #129<br>Cedarhurst, NY 11516 | 4/10/2017 through 5/30/2017 | $16,399.00 | $6,851.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_ Sale of receivables |
| Knight Capital Funding<br>9 East Loockerman St, Ste 3A-543<br>Dover, DE 19901 | 2/10/2017 through 5/23/2017 | $16,346.40 | $14,029.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_ Sale of receivables |
| Pearl Beta Funding, LLC<br>100 William St, 9th Fl<br>New York, NY 10038 | 2/15/2017 through 5/23/2017 | $16,252.00 | $5,498.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_ Sale of receivables |
| Prosperum Capital, LLC<br>57 W 38th St, Ste 604<br>New York, NY 10018 | 5/3/2017 through 5/23/2017 | $6,971.25 | $14,479.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_ Sale of receivables |
| Radium2 Capital, Inc<br>36 Garfield Ave<br>Bay Shore, NY 11706 | 3/4/2017 through 5/23/2017 | $23,249.91 | $50,750.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_ Sale of receivables |

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Local Initiatives Support Corp<br>SBA Loan<br>10 S Riverside Pl, Ste 1700<br>Chicago, IL 60606 | 2/5/2017 through 5/4/2017 | $10,462.06 | $202,557.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☑ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Yellowstone Capital, LLC<br>1 Evertrust Pl<br>Jersey City, NJ 07302 | 4/11/2017 through 5/23/2017 | $8,990.00 | $15,744.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other_Sale of receivables_ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Region Capital v Designs By Maida, Inc<br>Docket No E2958 | Collection | | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | Andrew T Korte | |
|---|---|---|
| Debtor 2 | Maida L Korte | Case number *(if known)* |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Harvest Bible Chapel<br>1000 N Randall Rd<br>Elgin, IL 60123 | Regular weekly donations of approximately $100 per week | Weekly | Unknown |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte                                             Case number *(if known)*

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Foote, Mielke, Chavez & O'Neil 10 W State St, Ste 200 Geneva, IL 60134 amctavish@fmcolaw.com Harvest Baptist Church | Attorney fees and filing fee | August 8, 2017 | $2,902.85 |

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐  No
■  Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Christian Credit Counselors PO Box 131688 Carlsbad, CA 92013 | Cash | June 2017 | $1,160.00 |
| Creditor's Relief, LLC 120 Sylvan Ave, Ste 300 Englewood Cliffs, NJ 07632 | 3 Cash payments 5/25/17 - $1000 6/9/2017 - $7328.17 6/23/2017 - $7317.22 | 5/25, 6/9 and 6/23/2017 | $15,645.39 |

18.  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■  No
☐  Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■  No
☐  Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐  No
■  Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | Andrew T Korte |
|----------|----------------|
| Debtor 2 | Maida L Korte |

Case number *(if known)* _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Bank of America | **XXXX**-2211 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 5/25/2017 | $365.75 |
| Bank of America | **XXXX**-7023 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other_Checking account - less than $1000_ | 5/25/2017 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1   Andrew T Korte
Debtor 2   Maida L Korte

Case number *(if known)*

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Designs by Maida, Inc<br>5050 Newport Dr, #6<br>Rolling Meadows, IL 60008 | General contracting and interior design<br><br>S & O Consulting<br>425 Huehl Rd<br>Northbrook, IL 60062 | EIN:      XXXX8861<br><br>From-To   2001 |

**28. Within 2 years before you filed bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Local Initiatives Support Corp<br>SBA Loan<br>10 S Riverside Pl, Ste 1700<br>Chicago, IL 60606 | 2016 |

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte

Case number *(if known)*

| Name<br>Address<br>**(Number, Street, City, State and ZIP Code)** | Date Issued |
|---|---|
| BMO Harris Bank<br>Loan Servicing<br>PO Box 3114<br>Milwaukee, WI 53201 | 2016 |

**Part 12:    Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Andrew T Korte

Andrew T Korte
**Signature of Debtor 1**

**Date**    August 11, 2017

/s/ Maida L Korte

Maida L Korte
**Signature of Debtor 2**

**Date**    August 11, 2017

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Andrew T Korte | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | Maida L Korte | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | |
| Case number | | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Andrew T Korte | Maida L Korte |
| Date   August 8, 2017 | Date   August 8, 2017 |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

**1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  Ford Motor Credit<br><br>Description of property securing debt:  2014 Ford F150 110000 miles | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ■ No<br><br>☐ Yes |
| Creditor's name:  One Main Financial<br><br>Description of property securing debt:  2012 Buick Enclave 160,000 miles | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte                                                    Case number *(if known)*

Lessor's name:    Bold Real Estate Group Inc                    ■ No

                                                                ☐ Yes

Description of leased    Business lease of 5050 Newport Dr, #6, Rolling Meadows, IL 60008
Property:

---

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  /s/ Andrew T Korte                                X  /s/ Maida L Korte
   Andrew T Korte                                       Maida L Korte
   Signature of Debtor 1                                Signature of Debtor 2

   Date    August 11, 2017                        Date    August 11, 2017

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| | First Name      Middle Name      Last Name |
| Debtor 2 | Maida L Korte |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7

12/15

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____

Andrew T Korte
Signature of Debtor 1

X _____

Maida L Korte
Signature of Debtor 2

Date    August 8, 2017

Date    August 8, 2017

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Andrew T Korte |
| Debtor 2 (Spouse, if filing) | Maida L Korte |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:        Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |
| 5. **Net income from operating a business, profession, or farm** | | |

| 5. | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from a business, profession, or farm | $ | Copy here -> $ | $ |

6. **Net income from rental and other real property**

| 6. | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from rental or other real property | $ | Copy here -> $ | $ |

| 7. **Interest, dividends, and royalties** | $ | $ |
|---|---|---|

Debtor 1    Andrew T Korte
Debtor 2    Maida L Korte                                                        Case number (if known) _____

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8.** **Unemployment compensation**                                  $ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

    For you _____ $ _____

    For your spouse _____ $ _____

**9.** **Pension or retirement income.** Do not include any amount received that was a      $ _____    $ _____
benefit under the Social Security Act.

**10.** **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total below.

    . _____ $ _____    $ _____

    _____ $ _____    $ _____

    Total amounts from separate pages, if any.              + $ _____    $ _____

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.
$ _____  +  $ _____  =  $ _____

Total current monthly
income

**Part 2:**       Determine Whether the Means Test Applies to You

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ............ **Copy line 11 here=>**     $ _____

    Multiply by 12 (the number of months in a year)                                    **x 12**

12b. The result is your annual income for this part of the form              **12b.**   $ _____

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                      _____

Fill in the number of people in your household.          _____

Fill in the median family income for your state and size of household. ...............      **13.**   $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
     Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
     Go to Part 3 and fill out Form 122A-2.

**Part 3:**       Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Andrew T Korte _____          **X** /s/ Maida L Korte _____
   Andrew T Korte                                          Maida L Korte
   Signature of Debtor 1                                   Signature of Debtor 2

Date  August 11, 2017 _____                        Date  August 11, 2017 _____
    MM / DD / YYYY                                        MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Fill in this information to identify your case: |
| --- |
| Debtor 1      Andrew T Korte |
| Debtor 2      Maida L Korte |
| (Spouse, if filing) |
| United States Bankruptcy Court for the:   Northern District of Illinois |
| Case number |
| (if known) |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)      12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1**   **Identify the Kind of Debts You Have**

1.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

**Part 2:**   **Determine Whether Military Service Provisions Apply to You**

2.  **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
    10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes.  Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District of Illinois

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income                12/15

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____
Andrew T Korte
Signature of Debtor 1

X _____
Maida L Korte
Signature of Debtor 2

Date   August 8, 2017
     MM / DD / YYYY

Date   August 8, 2017
     MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District of Illinois

Case number
(if known)

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

# Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ Copy here -> | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ Copy here -> | $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

Debtor 1    Andrew T Korte

Debtor 2    Maida L Korte

Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8.  **Unemployment compensation** | $ _____ | $ _____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you                                          $ _____ | | |
| For your spouse                             $ _____ | | |
| 9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ | $ _____ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
|        . _____ | $ _____ | $ _____ |
|        _____ | $ _____ | $ _____ |
|        Total amounts from separate pages, if any.              + | $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ [_____] + $ [_____] = $ [_____]

**Total current monthly income**

---

**Part 2:**    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ....................... **Copy line 11 here=>**

$ [_____]

Multiply by 12 (the number of months in a year)

**x 12**

12b. The result is your annual income for this part of the form

12b.    $ [_____]

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.      [_____]

Fill in the number of people in your household.      [_____]

Fill in the median family income for your state and size of household. ...........................

13.    $ [_____]

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.    ☐    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.    ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Andrew T Korte                                      **X** /s/ Maida L Korte

Andrew T Korte                                                    Maida L Korte
Signature of Debtor 1                                            Signature of Debtor 2

Date   August 11, 2017                                        Date   August 11, 2017
MM / DD / YYYY                                                    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

**Fill in this information to identify your case:**

Debtor 1     Andrew T Korte

Debtor 2     Maida L Korte
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(if known)

☐ Check if this is an amended filing

---

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
    10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    　　☐ No.   Go to line 3.

    　　☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    　　☐ No.   Complete Form 122A-1. Do not submit this supplement.

    　　☐ Yes.  Check any one of the following categories that applies:

    　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

    　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

    　　　　☐ **I am performing a homeland defense activity for at least 90 days.**

    　　　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

    > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
    >
    > If your exclusion period ends before your case is closed, you may have to file an amended form later.

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1    Andrew T Korte | ■ 1. There is no presumption of abuse |
| Debtor 2    Maida L Korte <br> (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the:    Northern District of Illinois | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number <br> (if known) | ☐ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

12/15

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _Andrew T Korte_                  X _Maida L Korte_
     Signature of Debtor 1                            Signature of Debtor 2

Date _August  8, 2017_             Date _August  8, 2017_
      MM / DD  / YYYY                           MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Andrew T Korte
Maida L Korte

Debtor(s)

Case No. _____

Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.  $  335.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor  ☑ Other (specify):  Harvest Bible Chapel

4.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any adversary proceeding or contested matter, including without limitation, any proceeeding objecting to the debtor's discharge or the dischargeability of any debt. Avoidance of any lien other than a set forth above.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 11, 2017
_____
Date

/s/ G. Alexander McTavish
_____
G. Alexander McTavish 1871013
*Signature of Attorney*
Foote, Mielke, Chavez & O'Neil
10 W State St, Ste 200
Geneva, IL 60134
630-232-7450  Fax: 630-232-7452
amctavish@fmclaw.com
_____
*Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Andrew T Korte
         Maida L Korte
_____
                    Debtor(s)

Case No. _____
Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____   $ _____ 2,500.00

Prior to the filing of this statement I have received _____   $ _____ 2,500.00

Balance Due _____   $ _____ 0.00

2.   $  335.00  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):    Harvest Bible Chapel

4.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
     Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any adversary proceeding or contested matter, including without limitation, any proceeeding objecting to the debtor's discharge or the dischageability of any debt. Avoidance of any lien other than a set forth above.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 10, 2017
_____
Date

_____
G. Alexander McTavish 1871013
*Signature of Attorney*
Foote, Mielke, Chavez & O'Neil
10 W State St, Ste 200
Geneva, IL 60134
630-232-7450  Fax: 630-232-7452
amctavish@fmcolaw.com
*Name of law firm*

---

## CONTRACT FOR LEGAL SERVICES

Foote, Mielke, Chavez & O'Neil, LLC (FMCO) and Andy Korte and
Maida Korte (Clients) agree as follows:

1. FMCO is a law firm which helps people file for relief under the
Bankruptcy Code and is therefore a debt relief agency under § 528 of the
United States Bankruptcy Code.

2. Clients have sought the assistance of FMCO to help file for relief
under the Bankruptcy Code.

3. Clients have received the disclosures required by §§ 527, 528, and
341 of the Bankruptcy Code and have read and understood those
documents.

4. Clients desire to retain the services of FMCO to file a petition on
their behalf for relief under the Bankruptcy Code.

5. Clients have discussed with an attorney at FMCO the various
chapters and options under the Bankruptcy Code and what chapter and
form of relief will best suit their needs.

6. If the parties determine that a Chapter 7 bankruptcy is the best
option, Clients shall pay to FMCO a fee of $2,500.00 (the Fee) for legal
services which include the following—

(a) analysis of Clients' financial situation, and advising Clients in
determining whether to file a petition in bankruptcy;

(b)     preparation and filing of any petition, schedules, statement of
affairs and plan which may be required;

(c) representation of the Clients at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

(d)      exemption planning;

(e) preparation and filing of a reaffirmation agreements and applications as needed; and

(f) preparation and filing of motions pursuant to 11 U.S.C. 522(f)(2)(A) for avoidance of liens on household goods.

7.   The Fee does not cover representation of Clients in any action contesting discharge or the dischargeability of any debt, judicial lien avoidance, objections to exemptions, relief from stay or any other contested or adversary proceeding arising under the Bankruptcy Code, or arising in or related to Clients' bankruptcy case. FMCO is not obligated to represent Clients in any such proceeding. If Clients wish FMCO to represent Clients in such a proceeding, the parties will enter into a separate agreement.

8.   If Clients file a petition under Chapter 7 of the Bankruptcy Code, Clients will pay a filing fee of $335.00 (the Filing Fee) to the United States Bankruptcy Court, and will reimburse FMCO for any other costs or expenses incurred by FMCO on behalf of Clients in connection with the case, and such expenses are separate from and in addition to the Fee agreed to be paid under paragraph 6 of this agreement.

9.   The bankruptcy petition will not be filed until the Filing Fee and Fee are paid in full.

10.      If Clients elect to file under Chapter 13 of the Bankruptcy Code, Clients shall sign the model retention agreement used in this district and that agreement will govern the relationship between FMCO and Clients.

Page 2 of 7

Clients have received and reviewed a copy of the model retention agreement and understand the terms of that agreement.

11.     If Clients elect to file under Chapter 13 the Fee will be $4,000.00 and the Filing Fee will be $310.00 to the United States Bankruptcy Court.

12.     If Clients decide not to file for relief under the Bankruptcy Code, Clients shall pay FMCO for its services based upon the time spent upon Clients' matter at the rate of $260 per hour due immediately upon receipt of an invoice therefor. If such invoice is not paid in full within 30 days of the date thereof, Clients shall pay interest at the rate of 18% per annum upon the unpaid balance due from time to time and all costs and expenses, including attorneys' fees, incurred by FMCO to collect the balance due.

Dated: July 19, 2017

G. Alexander McTavish
Foote, Mielke, Chavez & O'Neil, LLC
10 W. State St., Suite 200
Geneva, IL 60134

Andy Korte

Maida Korte

Page 3 of 7

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

## Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case
   under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the
   documents filed to commence the case. Some places in the Bankruptcy Code require that you
   list the replacement value of each asset. This must be the replacement value of the property at
   the date of filing the petition, without deducting for costs of sale or marketing, established
   after a reasonable inquiry. For property acquired for personal, family, or household use,
   replacement value means the price a retail merchant would charge for property of that kind,
   considering the age and condition of the property.

3. The following information, which appear on Official Form 22, Statement of Current Monthly
   Income, are required to be stated after reasonable inquiry: current monthly income, the
   amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy
   Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the
   Bankruptcy Code. Failure to provide such information may result in dismissal of the case
   under this title or other sanction, including criminal sanctions.

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

**INTRODUCTION**
Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)       the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)       the effect of receiving a discharge of debts
(3)       the effect of reaffirming a debt; and
(4)       your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation.  This information sheet contains only general principles of law and is not a substitute for legal advice.  If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

**WHAT IS A DISCHARGE?**
The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules.  A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs.  Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath.  Creditors cannot ask you to pay any debts which have been discharged.  You can only receive a chapter 7 discharge once every eight (8) years.

**WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?**
The fact that you filed bankruptcy can appear on your credit report for as long as 10 years.  Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future.  Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

**WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?**
After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case.  Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law.  You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest.  If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later.  If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

**OTHER BANKRUPTCY OPTIONS**
You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs.  Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code.  Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals.  Creditors vote on whether to accept or reject a plan, which also must be approved by the court.  While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers.  Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court.  Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income.  Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court.  The debtor must pay the chapter 13 trustee the amounts set forth in their plan.  Debtors receive a discharge after they complete their chapter 13 repayment plan.  Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

**AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.**

_Andrew T Korte_                 7-23-17
Debtor's Signature                              Date

# United States Bankruptcy Court
## Northern District of Illinois

In re    Andrew T Korte
Maida L Korte                                          Case No. _____
                                    Debtor(s)          Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 140

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  August 11, 2017                     /s/ Andrew T Korte
                                           Andrew T Korte
                                           Signature of Debtor

Date:  August 11, 2017                     /s/ Maida L Korte
                                           Maida L Korte
                                           Signature of Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Andrew T Korte
       Maida L Korte

                                              Case No.
                                    Debtor(s)  Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                        141

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  August  8, 2017
                                    Andrew T Korte
                                    Signature of Debtor

Date:  August  8, 2017
                                    Maida L Korte
                                    Signature of Debtor

.

5050 Newport, LLC
c/o Bold Real Estate Group Inc
4520 N Walcott Ave
Chicago, IL 60640


Ace Precision Cleaning & Janitorial


Advanced Disposal
PO Box 74008053
Chicago, IL 60674-8053


Alexander Lumber Co
PO Box 2307
Crystal Lake, IL 60039-2307


All Mirror and Glass/ GDK  Builders
1547 Bourbon Pkwy
Streamwood, IL 60107


American Express
Box 0001
Los Angeles, CA 90096-8000


Amici Terrazzo
Flooring Specialists
1522 Jarvis Ave
Elk Grove Village, IL 60007


Amish Made Cabinetry
2364 Essington Rd, Ste 343
Joliet, IL 60435


Aqua-Clean, Inc
PO Box 5052
Glendale Heights, IL 60139


Arlington Exteriors , Inc
2407 N Lafayette St
Arlington Heights, IL 60004


Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bank of America - LOC
PO Box 15796
Wilmington, DE 19886-5796


Bank of America Mortgage
PO Box 31690
Tampa, FL 33631-3690


Barrington Custom Kitchens
28144 W Industrial Ave, Ste 118
Barrington, IL 60010


Bassett Mirror Company
PO Box 60756
Charlotte, NC 28260


Benson Electrical Contracting
371 Prairie St, Ste G
Crystal Lake, IL 60014


Blaze MasterCard
PO Box 2534
Omaha, NE 68103-2534


Bloomingdale's
PO Box 78008
Phoenix, AZ 85062-8008


BMO Harris Bank
Loan Servicing
PO Box 3114
Milwaukee, WI 53201


Bold Real Estate Group Inc
4520 N Walcott Ave
Chicago, IL 60640


C Sanchez Upholstery
3441 W Grand Ave
Chicago, IL 60651

Capital One Visa
PO Box 6492
Carol Stream, IL 60197-6492


Care Credit
Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061


Centegra Health System
PO Box 6204
Carol Stream, IL 60197


CenterPoint Construction
DBA Wichman, Scott
5109 Bailey Rd
Delavan, WI 53115


Century Tile
747 E Roosevelt Rd
Lombard, IL 60148-4791


Chase Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423


Cheryl Arundel
665 Maple St
Lake Geneva, WI 53147


Chicago Cabinet & Fixture Co
316 Meyer Rd
Bensenville, IL 60106


Citi Diamond Pref
Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045


Closet Works, Inc
953 N Larch Ave
Elmhurst, IL 60126

Comcast
PO Box 3001
Southeastern, PA 19398-3001


Comenity - Frontgate
PO Box 659707
San Antonio, TX 78265-9707


Comenity - Overstock
PO Box 659707
San Antonio, TX 78265-9707


Commonwealth Edison Co
PO Box 6111
Carol Stream, IL 60197-6111


Copy Express, Inc
301 E Calhoun St
Woodstock, IL 60098


Corrigan Logistics
23923 Research Dr
Farmington, MI 48335


Countryside Plumbing
4465 Country Trunk P
Delavan, WI 53115


Crate & Barrel
Comenity - Crate & Barrel
PO Box 659705
San Antonio, TX 78265-9705


Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500


Custom Marble & Granite
27992 W Route 120, Unit 71
McHenry, IL 60051


Custom Roofing Contracting, Ltd
180 Detroit St,, Suite A
Cary, IL 60013

Dan Brongiel
328 Stearns Rd
Fontana, WI 53125


Dennis Demoss
897 Hampstead Ct
Barrington, IL 60010


Design Workshop
PO Box 451
Warsaw, NC 28398


Designs by Maida, Inc
5050 Newport Dr, #6
Rolling Meadows, IL 60008


DFI Floor Works Inc
15315 St Patrick Rd
Woodstock, IL 60098


Discover
PO Box 6103
Carol Stream, IL 60197-6103


Eagle Carpet Services
135 S Fairbank St
Addison, IL 60101


Eckhoff and DeVries
Painting and Wallcovering, Inc
1407 Chicago Dr, SW
Wyoming, MI 49509


Ed and Michal Sejzer
5841
Goldeneye Ct
Long Grove, IL 60047


Ed Siwek
918 Addleman St
Joliet, IL 60431


Eloquence
3601 Holdrege Ave
Los Angeles, CA 90016

Expedia Citi Card
Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045


Falcon Green Resources
PO Box 638
Harvard, IL 60033


Federal Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184


First Savings Credit Card
PO Box 2509
Omaha, NE 68103-2509


Fixa Corp
2030 Saint Regis Dr, Unit 623
Lombard, IL 60148


Ford Motor Credit
PO Box 790093
St. Louis, MO


Fortiva CC
Payment Processing
PO Box 790156
Saint Louis, MO 63179-0156


Four Seasons Flooring Inc
438 S Wright St
Delavan, WI 53115


Fox Valley Stair
17 W Route 120
McHenry, IL 60051-8782


Furniture Classics Limited
201S Tryon St, Suite 300
Charlotte, NC 28202


GrassRoots Imports
9311 Broadway, Suite 300
San Antonio, TX 78217

Hard Rock Sawing & Drilling
PO Box 718
Keshena, WI 54135


Harris and Harris, Ltd
111 W Jackson Blvd, Ste 400
Chicago, IL 60604


Harvest Bible Chapel
1000 N Randall Rd
Elgin, IL 60123


Hearthside
1401 N Elkhorn Rd
Lake Geneva, WI 53147


Home Depot
Home Depot Credit Services
PO Box 790345
Saint Louis, MO 63179-0345


Illinois Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Interactive Twist/Leader Graphics
5050 Newport Dr, Suite 5
Rolling Meadows, IL 60008


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247


J & L Metal Doors
8305 W 183rd Pl
Tinley Park, IL 60487

James and Kathy Haft
850 Heather Ln
Winnetka, IL 60093


Jensen's Plumbing & Heating
670 E Calhoun St
Woodstock, IL 60098


Jerry and Barbara Golden
1141
Savannah Ct
Lake Geneva, WI 53147


JMR Restoration, Inc
6S250 Cape Road
Naperville, IL 60540


Joe and Traci Hartman
2155 W Sunnyside Ave
Chicago, IL 60625


Jonathan Charles Fine Furniture
PO Box 672
Rocky Mount, NC 27802-0672


Jr's Express Deliveries, Inc
17193 W Cunningham Ct
Libertyville, IL 60048


Knight Capital Funding
9 East Loockerman St, Ste 3A-543
Dover, DE 19901


Lakes Area Garage
PO Box 406
Elkhorn, WI 53121


Laudick Construction
8914 Evergreen Dr
Wonder Lake, IL 60097


Loan Servicing Dept
c/o SBA Complete, Inc
550 Continental Blvd, Ste 120
El Segundo, CA 90245

LoanMe, Inc
1900 S State College Blvd, Ste 300
Anaheim, CA 92806


Local Initiatives Support Corp
SBA Loan
10 S Riverside Pl, Ste 1700
Chicago, IL 60606


Lomeli Stones
18541 W Judy Dr
Gurnee, IL 60031


Matrix Electric Company
2411 N Riverside Dr
McHenry, IL 60051


Menard's
Capital One Commercial
PO Box 5219
Carol Stream, IL 60197-5219


Meyer Construction
333 Washington St
Mundelein, IL 60060


Michelle Werkema
77 Maple St
Crystal Lake, IL 60014


Mike and Alisha Lankford
43 N Empress Dr
Hawthorne Woods, IL 60047


Mike and Lauren Fisher
2719 Paulsen Rd
Harvard, IL 60033


ML Factors Limited Liability Co
456A Central Ave, #129
Cedarhurst, NY 11516


Mohela
633 Spirit Dr
Chesterfield, MO 63005-1243

National Contract Industries Ltd
510 E 86th St, Suite 16B
New York, NY 10028


Navient
PO Box 9533
Wilkes Barre, PA 18773-9533


Nicole Wing
425 S LGrange Rd
La Grange, IL 60525


Nordstrom
PO Box 13589
Scottsdale, AZ 85267


Northstar Environmental Testng, LLC
817 Oak Ridge Rd
Mosinee, WI 54455


Northwest Lamination
1309 Borden St, Unit B
McHenry, IL 60050


Office Depot Business Credit
Department 56 - 8209393396
PO Box 78004
Phoenix, AZ 85062-8004


On Deck Capital, Inc
1400 Broadway
New York, NY 10018


One Main Financial
4005 W Kane Ave, Ste M
McHenry, IL 60050


Paper Craft Interiors
3630 Lakeview Dr
Algonquin, IL 60102


Pats Services, Inc
38331 60th St
Burlington, WI 53105

Paypal Credit
PO Box 105658
Atlanta, GA 30348-5658


Pearl Beta Funding, LLC
100 William St, 9th Fl
New York, NY 10038


Pottery Barn
Comenity - Pottery Barn
PO Box 659705
San Antonio, TX 78265-9705


PR2 Blue Print
5100 Newport Dr, Ste 3
Rolling Meadows, IL 60008


Premier Woodworking Concepts, Ltd
1016 Rail Dr
Woodstock, IL 60098


Prime Time Window
515 E Gulf Rd, Ste 209
Arlington Heights, IL 60005


Prosperum Capital, LLC
57 W 38th St, Ste 604
New York, NY 10018


R-n-R Interiors Ltd
PO Box 39
Ringwood, IL 60072


Radium2 Capital, Inc
36 Garfield Ave
Bay Shore, NY 11706


ReadyRefresh/Ice Mountain
PO Box 856680
Louisville, KY 40285-6680


Region Capital
1022 Avenue M
Brooklyn, NY 11230

Robert Schwake Stone Co Inc
Attn: Myra Swick
1440 Townline Rd
Mundelein, IL 60060


Rowley Co
PO Box 6010
Gastonia, NC 28056


S & O Consulting Group Inc
425 Huehl Rd, Ste 12A
Northbrook, IL 60062


Shell
PO Box 9001011
Louisville, KY 40290-1011


Single Phase Electric Inc
2231 S 152nd Ave
Hesperia, MI 49421


Stan's Office Technologies
1375 S Eastwood Dr
Woodstock, IL 60098


Steve Jones Construction
1215 Maple Big Rapids
Big Rapids, MI 49307


Superior Paving
PO Box 98
Fox Lake, IL 60020


th Rogers/A Dreiske
3203 Lakeside Ct
McHenry, IL 60050


The Geneva Lake Plumbing Inc
710 Bennett Dr
Walworth, WI 53184


The UPS Store
720 S Eastwood Dr
Woodstock, IL 60098

Tradesman International
PO Box 932858
Cleveland, OH 44193


U S Messenger
7790 Quincy St
Willowbrook, IL 60527


ULINE
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


Urban Craft Custom Upholstery
412 N Oakley
Chicago, IL 60612


USA Rent-A-Fence
3049 Kelly Ct
Aurora, IL 60504


Vassh Excavating & Grading
5844 County Road V
Caledonia, WI 53108


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Windstream
PO Box 9001013
Louisville, KY 40290-1013


Yellowstone Capital, LLC
1 Evertrust Pl
Jersey City, NJ 07302


YNL Drywall Group Inc
1249 S Third Ave
Des Plaines, IL 60018